UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CHELSIE MARIE ROBINSON

Brooklyn, New York

Plaintiff,

Case: 1:26–cv–04046
Assigned To : Unassigned
Assign. Date : 11/9/2026
Description: Pro Se Gen. Civ. (F–DECK)

v.

NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION (NOAA)

1401 Constitution Avenue NW, Room 5128, Washington, DC 20230

NATIONAL WEATHER SERVICE (NWS)

1325 East-West Highway, Silver Spring, MD 20910

NORTH AMERICAN AEROSPACE DEFENSE COMMAND (NORAD)

250 Vandenberg Street, Suite B016, Peterson SFB, CO 80914

UNITED STATES SPACE COMMAND

1670 N. Newport Road, Colorado Springs, CO 80916

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION (NASA)

300 E Street SW, Washington, DC 20546

Defendants.

---

COMPLAINT

RECEIVED
NOV 09 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this action under 28 U.S.C. § 1331, as it involves federal agencies and questions of federal law.
2. Venue is proper in the District of Columbia under 28 U.S.C. § 1391(e) because named federal agency defendants maintain primary headquarters within this judicial district.

II. PARTIES

3. Plaintiff, Chelsie Marie Robinson, resides in Brooklyn, New York, and brings this action pro se.

4. Defendant National Oceanic and Atmospheric Administration (NOAA) is the federal agency responsible for atmospheric monitoring and weather modification regulation.

5. Defendant National Weather Service (NWS) is an agency under NOAA responsible for national environmental tracking and weather observations.

6. Defendant North American Aerospace Defense Command (NORAD) is a joint command responsible for aerospace warning and control over North America.

7. Defendant United States Space Command is a combatant command responsible for military space operations and tracking orbital items.

8. Defendant National Aeronautics and Space Administration (NASA) is the civilian space agency responsible for solar observation and astronomical tracking.

III. STATEMENT OF FACTS

9. Plaintiff alleges that a severe and unauthorized modification of the real environment and atmosphere is occurring on a global scale.

10. Plaintiff alleges that an artificial or replica celestial structure is operating in the atmosphere and sky, functioning in place of the natural sun and solar system.

11. Plaintiff alleges that this modification occurs continuously across every single city and state worldwide, affecting all geographical areas on Earth.

12. Plaintiff alleges that this atmospheric deployment tracks individuals, causes lethal and life-threatening conditions, and inflicts severe physical harm and discomfort.

13. Plaintiff alleges that these operations are completely unnecessary, highly harmful, and entirely illegal under domestic and international standards.

14. Plaintiff alleges that the ongoing deployment and the level of environmental manipulation constitute a form of unlawful servitude and slavery.

15. Plaintiff alleges that the named Defendants possess operational oversight, tracking data, regulatory duties, or baseline knowledge regarding these aerospace and atmospheric operations.

IV. PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court enter judgment in her favor and order the following relief:

- A permanent injunction ordering the immediate cessation of all atmospheric modifications and the permanent removal and destruction of any artificial celestial structures worldwide.
- A formal declaration stating that all such environmental modifications are illegal and permanently prohibited from occurring again.

- An order initiating appropriate legal and financial accountability for all entities and individuals who placed, control, access, or possess knowledge of these operations.
- Financial compensation for the severe damages, personal distress, and physical discomfort caused by these ongoing conditions.
- Any further relief that this Court deems just, proper, and necessary.

Dated: November 9, 2026

Respectfully submitted,

Chelsie Robinson

---

Chelsie Marie Robinson

Plaintiff Pro Se